**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00062-CV

### IN RE: ANTOINE GREEN, Relator

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF10-20865-Y**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Andrea D. Plumlee, Judge of the 330th Judicial District Court, to **VACATE** her December 20, 2012 "Order on Motion to Set Aside Order" and "Clarified Final Decree of Divorce."

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator recover his costs of this original proceeding from real party in interest.

/Jim Moseley/
JIM MOSELEY
JUSTICE